IT IS ORDERED by the court that the request to establish proposed briefing schedule be, and the same is hereby, granted.

## DISCIPLINARY DOCKET

**93–2517.** Disciplinary Counsel v. Rich. Upon consideration of the motion of Disciplinary Counsel to file answer brief instanter,

IT IS ORDERED by the court that the motion be, and the same is hereby, granted.